UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

RICHARD CANTERBURY,

    Plaintiff,

vs.

JUSTICE COURT, etc.,

    Defendant,

2:00-cv-1240-PMP–RJJ

O R D E R

    This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Motion to Transport Pertinent legal Material and Not Allow Destruction of Legal Material (#9).

    The Court having reviewed this matter finds that this case was closed over 10 years ago. Additionally, the request appears to be related to a criminal proceeding in another district. Good cause appearing therefore,

    IT IS HEREBY ORDERED that Plaintiff's Motion to Transport Pertinent legal Material and Not Allow Destruction of Legal Material (#9) is **DENIED**.

    DATED this  27th  day of July, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge